## Commonwealth *v.* Stein, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William C. Porter,* for petitioner.

*Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 20, 1969:

The petition for allocatur consists of a xeroxed copy of a letter from petitioner to counsel, requesting counsel to file an allocatur petition. Since such a petition does not accord with counsel's required role as an advocate, see *Ellis v. United States,* 356 U.S. 674, 675, 78 S. Ct. 974, 975 (1958), the case must be remanded so that counsel may file a proper petition. See *Commonwealth v. Stancell,* 435 Pa. 301, 256 A. 2d 798 (1969); Pa. Supreme Ct. Rule 69 (petitions for allowance of appeal must set forth particularly the questions involved and the reasons in favor of granting the petition); cf. *Commonwealth v. Villano,* 435 Pa. 273, 256 A. 2d 468 (1969).